UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

                  -against-

Melfrin Abreu Polanco,

                            Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

21-cr-114

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

A telephonic arraignment before Magistrate Judge Krause is hereby scheduled for

**Friday, March 12, 2021, at 3:00 p.m.**

Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 2, 2021
        White Plains, New York

                                       **SO ORDERED.**

                                       _____
                                       ANDREW E. KRAUSE
                                       United States Magistrate Judge