UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Melfrin Abreu Polanco

           Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( ) ( )

Defendant __Melfrin Abreu Polanco__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(during a videoconference on March 5, 2021, Mr. Abreu Polanco authorized Benjamin Gold to affix his signature to this form).

__*Melfrin Abreu Polanco*__          __*Ben G*__
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Melfrin Abreu Polanco                Benjamin Gold
Print Defendant's Name                _ Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/12/21                                 *Andrew Krause*
Date                                       ~~U.S. District Judge~~/U.S. Magistrate Judge