UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MELFRIN ABREU POLANCO

                            Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 114 (PMH)

Defendant __Melfrin Abreu Polanco__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer

(During a video conference on March 29, 2021, and with the assistance of an interpreter, Mr. Abreu Polanco authorized Benjamin Gold to affix his electronic signature to this form)

_Melfrin Abreu Polanco_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Melfrin Abreu Polanco
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**April 5, 2021**
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~