

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

<table>
<tr><td>

**BY ECF & E-Mail**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   **Re:** *United States v. Melfrin Abreu*

Dear Judge Halpern:

</td><td>

Application granted in part. The sentencing hearing for Defendant Melfrin Abreu Polanco is hereby adjourned. Sentencing shall proceed in Courtroom 520 of the White Plains Courthouse at 9:30 a.m. on November 18, 2022.

The Government's sentencing submission shall be due on **November 10, 2022**.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 91.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
    October 31, 2022

</td></tr>
</table>

   Defendant Melfrin Abreu Polanco is ~~scheduled to be sentenced in this~~ case next Monday, November 7, 2022 at 11:00 a.m.  The defendant filed his sentencing submission with over 60 pages of exhibits earlier this morning, including a mitigation report and medical and other records.  In light of the timing of the defendant's submission and today's deadline for the Government's submission, the Government respectfully requests an extension to Thursday, November 3, 2022 to file its sentencing submission.  The additional time will allow the Government to fully consider the defendant's submission and to respond to the defendant's arguments accordingly.  Defense counsel consents to this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

     by: */s/ Kevin T. Sullivan*   
       Kevin T. Sullivan
       Assistant United States Attorney
       914-993-1924

cc:  Evan Prieston, Esq. (via ECF & E-Mail)