UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA             :

                                                                :
v.                                                               :        **RESCHEDULING ORDER**

**Melfrin Abreu Polanco,**              :
              Defendants.     :        7- 21-cr-00114- PMH
                                                               :
-----------------------------------------------------------x

Sentencing in this matter is rescheduled November 18, 2022 at 10:00 am in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: November 7, 2022                    SO ORDERED:

                                                                   Philip M. Halpern, U.S.D.J